AO 440 (Rev. 06/12) Summons in a Civil Action



UNITED STATES DISTRICT COURT
for the
District of New Mexico

GABRIELLA G. HORNEF

|  |  |
|---|---|
| Plaintiff(s) | ) ) ) ) ) ) |
| v. | ) ) |
| HUNTINGTON DEBT HOLDING, LLC and ADVANCED PORTFOLIO GROUP, LLC | ) ) ) ) |
| Defendant(s) | ) ) |

Civil Action No.  1:21-cv-00144-SCY-KK

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Advanced Portfolio Group, LLC
c/o Registered Agent
C T Corporation System
28 Liberty Street
New York, New York 10005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Nathan C. Volheim
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  Friday, February 19, 2021

Amy Padilla

*Signature of Clerk or Deputy Clerk*



Kiran Wadia

| | |
|---|---|
| **From:** | cmecfpb@nmd.uscourts.gov |
| **Sent:** | Friday, February 19, 2021 1:16 PM |
| **To:** | cmecfto@nmd.uscourts.gov |
| **Subject:** | Activity in Case 1:21-cv-00144-SCY-KK Hornef v. Huntington Debt Holding, LLC et al Notice of Magistrate Judge Assignment (Text Only) |

This is an automatic e-mail message generated by the CM/ECF system. Please **DO NOT RESPOND** to this e-mail because the mail box is unattended.

\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### United States District Court - District of New Mexico

**Notice of Electronic Filing**

The following transaction was entered on 2/19/2021 at 12:15 PM MST and filed on 2/19/2021

**Case Name:**        Hornef v. Huntington Debt Holding, LLC et al
**Case Number:**      <u>1:21-cv-00144-SCY-KK</u>
**Filer:**
**Document Number:** 2(No document attached)

**Docket Text:**
PLEASE TAKE NOTICE that this case has been randomly assigned to United States Magistrate Judge Steven C. Yarbrough to conduct dispositive proceedings in this matter, including motions and trial. Appeal from a judgment entered by a Magistrate Judge will be to the United States Court of Appeals for the Tenth Circuit. It is the responsibility of the case filer to serve a copy of this Notice upon all parties with the summons and complaint. *Consent is strictly voluntary, and a party is free to withhold consent without adverse consequences. Should a party choose to consent, notice should be made no later than 21 days after entry of the Order setting the Rule 16 Initial Scheduling Conference.* For e-filers, visit our Web site at www.nmd.uscourts.gov for more information and instructions.
[THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] **(dr)**

**1:21-cv-00144-SCY-KK Notice has been electronically mailed to:**

Nathan Charles Volheim nvolheim@sulaimanlaw.com, autodocket@sulaimanlaw.com, ggarity@sulaimanlaw.com, kwadia@sulaimanlaw.com

**1:21-cv-00144-SCY-KK Notice has been delivered by fax to:**

Account No 175625- 2021-01077                                    Civil Action No.: 1:21-CV-00144

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO

GABRIELLA G. HORNEF

Plaintiff

vs

HUNTINGTON DEBT HOLDING, LLC AND ADVANCED PORTFOLIO GROUP, LLC

Defendant

## AFFIDAVIT OF SERVICE

STATE OF New York
COUNTY OF Kings

_____Jose Perez_____ being duly sworn, deposes and says that deponent is not a party

to this action, is over 18 years of age and resides in the State of ____New York____. Deponent further states that

on __March 05__ 20 _21_ at _2:54_P.M.at __28 LIBERTY STREET, NEW YORK, NY 10005__

deponent served the within **SUMMONS IN A CIVIL ACTION AND COMPLAINT** on **ADVANCED PORTFOLIO GROUP, LLC**
**C/O CT CORPORATION SYSTEM**, recipient therein named,

CORPORATION  by delivering thereat a true copy of each to          Gina Martinez
[✓]             deponent knew said corporation so served to be the corporation described in said summons and knew said individual to be
                (TITLE) ____Clerk Authorized____, thereof said corporation.

DESCRIPTION   Deponent describes the individual served as follows:
[✓]           [ ] Male      [ ] White Skin    [ ] Black Hair    [ ] White Hair    [ ] 14-20 Yrs    [ ] Under 5'      [ ] Under 100 Lbs
              [✓] Female    [ ] Black Skin    [✓] Brown Hair    [ ] Balding       [✓] 21-35 Yrs    [✓] 5'0"-5'3"    [ ] 100–130 Lbs
                            [ ] Yellow Skin   [ ] Blond Hair                      [ ] 36-50 Yrs    [ ] 5'4"-5'8"    [ ] 131–160 Lbs
                            [✓] Brown Skin    [ ] Grey Hair                       [ ] 51-65 Yrs    [ ] 5'9"-6'0"    [✓] 161–200 Lbs
                            [ ] Red Skin      [✓] Red Hair                        [ ] Over 65 Yrs  [ ] Over 6'      [ ] Over 200 Lbs
              Other identifying features:____Reddish Brown Hair____

Sworn to before me, this

__05__ day of __March__ 20 _21_

_____                                        _____
                                                                         SIGNATURE
**TAMARA TOWSHIN ALAM**                                         Jose Perez 2041807,xa
NOTARY PUBLIC, STATE OF NEW YORK                                         PRINT FULL NAME
Registration No. 01AL6369961
Qualified in Kings County
My Commission Expires: _01/28/2022_

Served through Associated Services | www.Associated.Legal