

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| GABRIELLA G. HORNEF<br><br>*Plaintiff(s)*<br>v.<br>HUNTINGTON DEBT HOLDING, LLC and<br>ADVANCED PORTFOLIO GROUP, LLC<br><br>*Defendant(s)* | Civil Action No. 1:21-cv-00144-SCY-KK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Huntington Debt Holding, LLC
c/o C T Corporation
28 Liberty Street
New York, NY 10005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Nathan C. Volheim
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Friday, February 19, 2021

Amy Padilla
*Signature of Clerk or Deputy Clerk*

Kiran Wadia

| | |
|---|---|
| From: | cmecfbb@nmd.uscourts.gov |
| Sent: | Friday, February 19, 2021 1:16 PM |
| To: | cmecflo@nmd.uscourts.gov |
| Subject: | Activity in Case 1:21-cv-00144-SCY-KK Hornef v. Huntington Debt Holding, LLC et al Notice of Magistrate Judge Assignment (Text Only) |

SERVED

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### United States District Court - District of New Mexico

### Notice of Electronic Filing

The following transaction was entered on 2/19/2021 at 12:15 PM MST and filed on 2/19/2021
**Case Name:** Hornef v. Huntington Debt Holding, LLC et al
**Case Number:** 1:21-cv-00144-SCY-KK
**Filer:**
**Document Number:** 2(No document attached)

**Docket Text:**
PLEASE TAKE NOTICE that this case has been randomly assigned to United States Magistrate Judge Steven C. Yarbrough to conduct dispositive proceedings in this matter, including motions and trial. Appeal from a judgment entered by a Magistrate Judge will be to the United States Court of Appeals for the Tenth Circuit. It is the responsibility of the case filer to serve a copy of this Notice upon all parties with the summons and complaint. *Consent is strictly voluntary, and a party is free to withhold consent without adverse consequences. Should a party choose to consent, notice should be made no later than 21 days after entry of the Order setting the Rule 16 Initial Scheduling Conference.* For e-filers, visit our Web site at www.nmd.uscourts.gov for more information and instructions.
[THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] **(dr)**

**1:21-cv-00144-SCY-KK Notice has been electronically mailed to:**

Nathan Charles Volheim nvolheim@sulaimanlaw.com, autodocket@sulaimanlaw.com, ggarity@sulaimanlaw.com, kwadia@sulaimanlaw.com

**1:21-cv-00144-SCY-KK Notice has been delivered by fax to:**

1

# Affidavit of Process Server

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO
(NAME OF COURT)

GABRIELLA G. HORNEF vs HUNTINGTON DEBT HOLDING, LLC. ET AL.  1:21-cv-00144-SCY-KK
PLAINTIFF/PETITIONER          DEFENDANT/RESPONDENT          CASE NUMBER

I, MATTHEW HAPPANEY, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

Service: I served HUNTINGTON DEBT HOLDING, LLC. c/o CT CORPORATION
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) SUMMONS & COMPLAINT WITH NOTICE OF ELECTRONIC FILING

by leaving with MS. GINA MARTINEZ   SECURITY AGENT FOR CT CORPORATION At
NAME                                 RELATIONSHIP

☐ Residence _____
             ADDRESS                          CITY / STATE
☑ Business 28 LIBERTY STREET    NEW YORK, NY 10005
             ADDRESS                          CITY / STATE

On MARCH 5, 2021    At 10:10 AM
   DATE                TIME

☑ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
                                                                                 DATE
from MINEOLA, NY 11501
     CITY        STATE       ZIP

**Manner of Service:**

☐ **Personal:** By personally delivering copies to the person being served.

☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of 18 and explaining the general nature of the papers.

☑ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.

☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address  ☐ Moved, Left no Forwarding  ☐ Service Cancelled by Litigant  ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist  ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____  _____  (2) _____  _____
                                                    DATE    TIME        DATE    TIME

(3) _____  _____  (4) _____  _____  (5) _____  _____
    DATE     TIME         DATE     TIME         DATE     TIME

Description:. Age 28  Sex FEM  Race HIS  Height 5'4"  Weight 125LBS  Hair BRW  Beard ___  Glasses YES

SIGNATURE OF PROCESS SERVER
# 920142



FORM 2    NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS