AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

GABRIELLA G. HORNEF

*Plaintiff(s)*

v.

HUNTINGTON DEBT HOLDING, LLC and
ADVANCED PORTFOLIO GROUP, LLC

*Defendant(s)*

Civil Action No. 1:21-cv-00144-SCY-KK

**SERVED**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Advanced Portfolio Group, LLC
c/o Registered Agent
C T Corporation System
28 Liberty Street
New York, New York 10005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Nathan C. Volheim
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Friday, February 19, 2021

Amy Padilla
*Signature of Clerk or Deputy Clerk*

Kiran Wadia

From: cmecfob@nmd.uscourts.gov
Sent: Friday, February 19, 2021 1:16 PM
To: cmecfto@nmd.uscourts.gov
Subject: Activity in Case 1:21-cv-00144-SCY-KK Hornef v. Huntington Debt Holding, LLC et al Notice of Magistrate Judge Assignment (Text Only)

**SERVED**

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### United States District Court - District of New Mexico

### Notice of Electronic Filing

The following transaction was entered on 2/19/2021 at 12:15 PM MST and filed on 2/19/2021

**Case Name:** Hornef v. Huntington Debt Holding, LLC et al
**Case Number:** 1:21-cv-00144-SCY-KK
**Filer:**
**Document Number:** 2(No document attached)

**Docket Text:**
PLEASE TAKE NOTICE that this case has been randomly assigned to United States Magistrate Judge Steven C. Yarbrough to conduct dispositive proceedings in this matter, including motions and trial. Appeal from a judgment entered by a Magistrate Judge will be to the United States Court of Appeals for the Tenth Circuit. It is the responsibility of the case filer to serve a copy of this Notice upon all parties with the summons and complaint. *Consent is strictly voluntary, and a party is free to withhold consent without adverse consequences. Should a party choose to consent, notice should be made no later than 21 days after entry of the Order setting the Rule 16 Initial Scheduling Conference.* For e-filers, visit our Web site at www.nmd.uscourts.gov for more information and instructions.
[THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] **(dr)**

**1:21-cv-00144-SCY-KK Notice has been electronically mailed to:**

Nathan Charles Volheim nvolheim@sulaimanlaw.com, autodocket@sulaimanlaw.com, ggarity@sulaimanlaw.com, kwadia@sulaimanlaw.com

**1:21-cv-00144-SCY-KK Notice has been delivered by fax to:**

Account No 175625- 2021-01077  Civil Action No.: 1:21-CV-00144

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO

GABRIELLA G. HORNEF

Plaintiff

vs

HUNTINGTON DEBT HOLDING, LLC AND ADVANCED PORTFOLIO GROUP, LLC

Defendant

## AFFIDAVIT OF SERVICE

STATE OF New York
COUNTY OF Kings

__Jose Perez__ being duly sworn, deposes and says that deponent is not a party to this action, is over 18 years of age and resides in the State of __New York__. Deponent further states that on __March 05__ 20 __21__ at __2:54 P.__M. at __28 LIBERTY STREET, NEW YORK, NY 10005__ deponent served the within **SUMMONS IN A CIVIL ACTION AND COMPLAINT** on **ADVANCED PORTFOLIO GROUP, LLC C/O CT CORPORATION SYSTEM**, recipient therein named,

CORPORATION by delivering thereat a true copy of each to __Gina Martinez__
[✓] deponent knew said corporation so served to be the corporation described in said summons and knew said individual to be (TITLE) __Clerk Authorized__, thereof said corporation.

DESCRIPTION Deponent describes the individual served as follows:
[✓]
- [ ] Male [✓] Female
- [ ] White Skin [ ] Black Skin [ ] Yellow Skin [✓] Brown Skin [ ] Red Skin
- [ ] Black Hair [✓] Brown Hair [ ] Blond Hair [ ] Grey Hair [✓] Red Hair
- [ ] White Hair [ ] Balding
- [ ] 14-20 Yrs [✓] 21-35 Yrs [ ] 36-50 Yrs [ ] 51-65 Yrs [ ] Over 65 Yrs
- [ ] Under 5' [✓] 5'0"-5'3" [ ] 5'4"-5'8" [ ] 5'9"-6'0" [ ] Over 6'
- [ ] Under 100 Lbs [ ] 100-130 Lbs [ ] 131-160 Lbs [✓] 161-200 Lbs [ ] Over 200 Lbs

Other identifying features: __Reddish Brown Hair__

Sworn to before me, this
__05__ day of __March__ 20 __21__

TAMARA TOWSHIN ALAM
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01AL6369961
Qualified in Kings County
My Commission Expires: __01/22/22__

SIGNATURE
__Jose Perez 2054807__
PRINT FULL NAME

Served through Associated Services | www.Associated.Legal

Civil Action No.  1:21-cv-00144 SCY-KK

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: