# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| GABRIELLA G. HORNEF, | |
| Plaintiff, | Case No. 1:21-cv-00144-SCY-KK |
| v. | |
| HUNTINGTON DEBT HOLDING, LLC and ADVANCED PORTFOLIO GROUP, LLC, | |
| Defendants. | |

## **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

NOW COMES GABRIELLA G. HORNEF ("Plaintiff"), by and through her attorneys, Sulaiman Law Group, Ltd., and, in support of her Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses her claims against the Defendants, HUNTINGTON DEBT HOLDING, LLC and ADVANCED PORTFOLIO GROUP, LLC, with prejudice. Each party shall bear its own costs and attorney fees.

Dated: June 9, 2021              Respectfully Submitted,

*/s/ Nathan C. Volheim*
Nathan C. Volheim, Esq. (#6302103)
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (630) 575-8181
Fax: (630)575-8188
nvolheim@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on June 9, 2021, a true and correct copy of the above and foregoing document was filed with the Court and served on all parties requested electronic notification.

*/s/Nathan C. Volheim*
Nathan C. Volheim